IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER FRANCIS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAYDON CORPORATION, JAMES O'LEARY, DAVID A. BRANDON, MARK A. ALEXANDER, TIMOTHY J. O'DONOVAN, WILLIAM KENTON GERBER, PATRICK P. COYNE, ATLAS MANAGEMENT, INC., DUBLIN ACQUISITION SUB INC., and AKTIEBOLAGET SKF,<br><br>　　　　　Defendants. | CASE NO. 2013-cv-14258<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, Christopher Francis, by and through his attorneys, Hubbard Snitchler & Parzianello PLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)., hereby gives notice of his voluntary dismissal of the above-styled action, without prejudice, and without costs to either party.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　HUBBARD SNITCHLER & PARZIANELLO PLC

　　　　　　　　　　　　　　　　　By: /s/ John A. Hubbard
　　　　　　　　　　　　　　　　　　　John A. Hubbard (P39624)
　　　　　　　　　　　　　　　　　　　Chrysler House
　　　　　　　　　　　　　　　　　　　719 Griswold Street, Suite 620
　　　　　　　　　　　　　　　　　　　Detroit, Michigan 48226
　　　　　　　　　　　　　　　　　　　313-672-7300 / Fax: 313-672-7301
　　　　　　　　　　　　　　　　　　　jhubbard@hspplc.com

Dated: February 13, 2014